**IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division**

| | | |
|---|---|---|
| KURT MUELLER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 1:12cv632 (CMH/TCB) |
| | ) | |
| UNITED STATES NATIONAL PARK SERVICE, *et al.*, | ) ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

## DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

Defendants United States National Park Service; Jonathan Jarvis, Director of the National Park Service, in his official capacity; Karen Pittleman, Director, Wolf Trap National Park for the Performing Arts, in her official capacity; and Duane Erwin, Chief Ranger of Wolf Trap, in his official capacity (collectively, "Defendants"), through undersigned counsel, respectfully move for summary judgment pursuant to Federal Rule of Civil Procedure 56. The grounds for Defendants' motion are set forth in the accompanying memorandum of law.

        Respectfully submitted,

        NEIL H. MacBRIDE
        UNITED STATES ATTORNEY

By:           /s/
        Lauren A. Wetzler
        Assistant United States Attorney
        Justin W. Williams U.S. Attorney's Building
        2100 Jamieson Avenue
        Alexandria, Virginia 22314
        Telephone: (703) 299-3752
        Fax:      (703) 299-3983
        Email: lauren.wetzler@usdoj.gov

                                                COUNSEL FOR DEFENDANTS

OF COUNSEL:  
Randolph J. Myers  
Senior Attorney  
Office of the Solicitor  
U.S. Department of the Interior  
1849 C Street, N.W. Room 5320  
Washington, D.C. 20240

**CERTIFICATE OF SERVICE**

      I hereby certify that on July 25, 2012, I will electronically file the foregoing with the Clerk of the Court using the CM/ECF system, and will mail the document by U.S. mail to the following non-filing user:

Kurt Mueller
251 S. Reynolds St., M117
Alexandria, VA 22304
*Plaintiff pro se*

                                                /s/
                                    Lauren A. Wetzler
                                    Assistant United States Attorney
                                    Justin W. Williams U.S. Attorney's Building
                                    2100 Jamieson Avenue
                                    Alexandria, Virginia 22314
                                    Telephone: (703) 299-3752
                                    Fax:       (703) 299-3983
                                    Email: lauren.wetzler@usdoj.gov
                                    Counsel for Defendants