IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

FILED

| | |
|---|---|
| KURT MUELLER, ) | 2012 AUG 10  A 9: 29 |
| Plaintiff, ) | CLERK US DISTRICT COURT |
| ) | ALEXANDRIA, VIRGINIA |
| v. ) | Civil Action No. 1:12cv632 (CMH/TCB) |
| ) | |
| UNITED STATES NATIONAL PARK ) | |
| SERVICE, et al., ) | |
| Defendants. ) | |

### PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT

Plaintiff respectfully moves for summary judgment pursuant to Federal Rule of Civil Procedure 56. The grounds for Plaintiff's motion are set forth in the accompanying memorandum of law.

Respectfully Submitted,

_/s/ Kurt Mueller_

Kurt Mueller
*Pro Se*

## CERTIFICATE OF SERVICE

      I hereby certify that on August 10, 2012, I will paper file the forgoing with the Clerk of Court, and will mail the document by U.S. mail to the following address:

Lauren A. Wetzler
Assistant United States Attorney
Justin W. Williams U.S. Attorney's Building
2011 Jamison Avenue
Alexandria, Virginia 22314

/s/

_____

Kurt Mueller
*Pro Se*