IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRIGINIA
Alexandria Division

FILED

2012 AUG 10 A 9: 29

CLERK US DISTRICT COURT
ALEXANDRIA, VIRGINIA

| | |
|---|---|
| KURT MUELLER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 1:12cv632 (CMH/TCB) |
| ) | |
| UNITED STATES NATIONAL PARK ) | |
| SERVICE, et al., ) | |
| ) | |
| Defendants. ) | |

## NOTICE OF HEARING DATE

PLEASE TAKE NOTICE that on August 24, 2012, at 10 a.m., or as soon thereafter as the parties may be heard, Plaintiff will bring on for hearing his Motion for Summary Judgment pursuant to Federal Rule of Civil Procedure 56.

Respectfully Submitted,

_____

Kurt Mueller
*Pro Se*

## CERTIFICATE OF SERVICE

I hereby certify that on August 10, 2012, I will paper file the forgoing with the Clerk of Court, and will mail the document by U.S. mail to the following address:

Lauren A. Wetzler
Assistant United States Attorney
Justin W. Williams U.S. Attorney's Building
2011 Jamison Avenue
Alexandria, Virginia 22314

Kurt Mueller
*Pro Se*