## ** CIVIL MOTION MINUTES **

Date:  8/24/12                      Judge: Hilton
                                                     Reporter: Westfall

Time:  10:25- 10:50

Civil Action Number:   12cv632

Kurt Mueller vs. United States National Park Service, et al

Appearance of Pltf pro se and Counsel for Dfts.

Matter on for: Dfts' [5] motion for Summary Judgment and Pltf's [10] motion for Summary Judgment. Motions argued and Dfts' motion for Summary Judgment – Granted.


( **X** ) Order to Follow