IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

Alexandria Division

KURT MUELLER,                    )
                                 )
        Plaintiff,               )
                                 )
v.                               )   Civil Action No. 1:12-cv-632
                                 )
UNITED STATES NATIONAL PARK      )
SERVICE, et al.,                 )
                                 )
        Defendants.              )

## ORDER

For the reasons stated from the bench, it is hereby

ORDERED that Defendants' Motion for Summary Judgment is GRANTED, and the Court finds that the Filene Center facility at Wolf Trap National Park for the Performing Arts, which includes the gate and ticketing areas, concessions, covered seating area, backstage area, and the outdoor lawn seating areas, is a federal facility within the meaning of 18 U.S.C. 930(g)(1), and is therefore subject to the federal facility firearm prohibitions of 18 U.S.C. 930(a).

/s/
Claude M. Hilton
United States District Judge

Alexandria, Virginia
August 27, 2012